UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

TRISTAN LAWHORN,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. 5:23-cv-00330

OPINION & ORDER
[Resolving Doc. 1, 14]

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Tristan Lawhorn seeks judicial review of the Social Security Commissioner's final decision denying his application for Supplemental Security Income.[1]

On January 25, 2024, Magistrate Judge Knapp issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision.[2] Plaintiff's objections were due on February 8, 2024.[3] Plaintiff did not file objections.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[4] Absent objection, district courts may adopt an R&R without review.[5] Plaintiff did not object to the R&R, so this Court may adopt Magistrate Judge Knapp's R&R without further review.

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 8, 12.
[2] Doc. 14.
[3] Parties have fourteen to file objections to a Magistrate Judge's R&R. LR 72.3(b).
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 5:23-cv-00330
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Knapp's R&R and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: February 14, 2024  *s/      James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE